387 P.2d 103

Aaron COOPER, Petitioner,

v.

SHERIFF'S DEPARTMENT OF QUAY COUNTY, State of New Mexico, Respondent.

No. 41 HC.

Supreme Court of New Mexico.

Dec. 5, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of mandamus be and the same is hereby denied.

387 P.2d 103

J. C. WILLIAMS, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT and Mr. Thomas B. Catron, Respondents.

No. 43.

Supreme Court of New Mexico.

Dec. 5, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied.